*In re* CONFERENCIA JUDICIAL DE PUERTO RICO.

*Número:* — — — —          *Resuelto:* 18 de octubre de 1991

## RESOLUCIÓN

Los trabajos de la Décimoquinta Sesión Plenaria de la Conferencia Judicial de Puerto Rico, convocada para los días 14 y 15 de noviembre de 1991, en el Hotel San Juan, Isla Verde, Puerto Rico, se regirán por la agenda siguiente:


## I. PROGRAMA

*Jueves, 14 de noviembre de 1991*
*Sesión de la mañana*

| | |
|---|---|
| 8:30 | Registro de participantes |
| 9:15 | Apertura |
| 9:30 | Mensaje sobre el Estado de la Judicatura, Juez Presidente, Hon. Víctor M. Pons Núñez |
| 10:00 | Presentación de los trabajos sobre los temas especialmente designados: |
| | Hon. Ramón Negrón Soto Secretario de la Conferencia Judicial de Puerto Rico |
| 10:15 | Informe de Progreso, Comité de Reglas de Procedimiento Criminal — Hon. Crisanta González de Rodríguez, Presidente |
| 10:30 | Presentación y discusión del "Primer Examen de las Reglas de Procedimiento para Asuntos de Menores: |

Recomendaciones y enmiendas", Comité Asesor Permanente de Reglas sobre Asuntos de Menores Hon. José A. Aponte Pérez, Presidente

12:00 Almuerzo

*Sesión de la tarde*

2:00–5:00 Presentación y discusión del "Borrador del Reglamento Notarial de Puerto Rico".

Comisión sobre la Reglamentación del Ejercicio y Admisión al Notariado — Lcdo. Enrique Godínez, Presidente

5:30 Actividad social auspiciada por el Colegio de Abogados de Puerto Rico

*Viernes, 15 de noviembre de 1991*
*Sesión de la mañana*

8:30 Apertura de la sesión

8:40 Presentación y discusión del Proyecto de Reglas de Procedimiento Civil. Comité Asesor Permanente de Reglas de Procedimiento Civil — Hon. Guillermo Arbona Lago, Presidente

12:00 Almuerzo

2:00 – 5:00 Presentación y discusión del Proyecto de Reglas de Evidencia. Comité Asesor Permanente de Reglas de Evidencia — Hon. Elpido Batista, Presidente

\*       \*       \*       \*       \*       \*

Las sesiones de trabajo y los procedimientos de la Conferencia Judicial de Puerto Rico (en adelante Conferencia Judicial) se regirán por las siguientes reglas:

1. El Juez Presidente llamará al orden y declarará cons-

tituida, para comenzar sus trabajos, la Décimoquinta Sesión Plenaria de la Conferencia Judicial de Puerto Rico.

2. Para un normal desarrollo de los trabajos de la Conferencia, deberán ser evitadas las conversaciones dentro y fuera del salón, y las salidas y entradas de éste que tienden a distraer la atención de los asuntos discutidos.

También, los asistentes deberán abstenerse de fumar en el salón de sesiones.

3. Conforme a la agenda aprobada y siguiendo el horario prescrito en ella, cada ponente hará una exposición del tema que le ha sido asignado, dentro del tiempo establecido, incluyendo sus conclusiones y recomendaciones.

4. El Secretario de la Conferencia Judicial, como moderador, presentará la agenda de los trabajos durante la Conferencia. Podrán participar en la discusión de los temas, los Jueces y otros miembros de la Conferencia Judicial. Los turnos en la discusión de los temas presentados serán primeramente consumidos en el orden que hayan sido solicitados y concedidos anticipadamente, y su duración será conforme a las circunstancias con el propósito de que el mayor número de participantes pueda expresar su criterio.

5. El Juez Presidente podrá declarar fuera de orden cualquier planteamiento que no forme parte de la agenda o no sea pertinente a los temas de la Conferencia.

6. Las ideas expuestas por los ponentes y las sugerencias que formulen los miembros de la Conferencia Judicial en sus escritos y durante las discusiones plenarias serán objeto de ulterior análisis por el Secretariado de la Conferencia Judicial de Puerto Rico, la Oficina de Administración de los Tribunales y el Tribunal Supremo de Puerto Rico.

7. El Secretario de la Conferencia Judicial será responsable de grabar los procedimientos y de procurar que las memorias de la Conferencia sean publicadas.

8. El Tribunal designa Secretario de la Conferencia Ju-

dicial al Director Administrativo de los Tribunales, Hon. Ramón Negrón Soto. El Secretario General y el Alguacil General del Tribunal Supremo, al igual que el personal del Secretariado de la Conferencia Judicial de Puerto Rico, auxiliarán al Tribunal, al Secretario y a los miembros participantes de la Conferencia en el curso de las sesiones en todos los procedimientos preparativos y adicionales que sean necesarios.

*Publíquese.*

Lo acordó el Tribunal y certifica el Secretario General. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*